IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHERI L. KANIEWSKI,
    Plaintiff,

vs.

CIVIL ACTION NO. 1:19-cv-00132-JMV

ANDREW SAUL,
Commissioner of Social Security,
    Defendant.

## ORDER

Upon consideration of Defendant's Unopposed Motion to Reverse and Remand and accompanying Memorandum, the Court finds that the Motion is well taken and should be granted. It is, therefore,

ORDERED that Defendant's motion is GRANTED. It is further

ORDERED that the above-captioned matter will be REVERSED and REMANDED under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for the purpose of conducting further administrative proceedings.

This, the 30th day of December, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE