IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHERI L. KANIEWSKI,
    Plaintiff,

vs.

CIVIL ACTION NO. 1:19-cv-00132-JMV

ANDREW SAUL,
Commissioner of Social Security,
    Defendant.

## FINAL JUDGMENT

Consistent with the Order [17] granting Defendant's motion for remand of this case,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

This, the 30th day of December, 2019.

                            /s/ Jane M. Virden
                            **UNITED STATES MAGISTRATE JUDGE**